IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE**,**<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and NELNET SERVICING, LLC<br><br>    Defendants. | Case No.: 3:26-cv-00139<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil procedure, the undersigned counsel of record for Plaintiff Sean Michael Almonte ("Plaintiff") hereby certifies that the following are the names of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Plaintiff Sean Michael Almonte
2. Consumer Attorneys PLLC
3. Defendant Experian Information Solutions, Inc.
4. Defendant Equifax Information Services, LLC
5. Defendant Trans Union LLC
6. Defendant Nelnet Servicing, LLC

  Dated: January 29, 2026,    **CONSUMER ATTORNEYS PLLC**
                  */s/Emanuel Kataev, Esq.*
                  Emanuel Kataev, Esq. Bar# 435851
                  6829 Main Street
                  Flushing, NY 11367-1305

(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff*
*Sean Michael Almonte*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Ann Stevenson*