# Attachment A

| COURT | BAR NUMBER |
|---|---|
| Northern District of Illinois | 5711072 |
| Northern District of Texas | 5711072NY |
| Eastern District of Missouri | 5711072NY |