**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**<u>STANDING ORDER TO LITIGANTS, REGARDING</u>**
**<u>LETTERS TO THE COURT</u>**

The Honorable Omar A. Williams, the judge presiding over this action, **does not** review letters sent by a party (whether addressed to the Clerk of Court or to the judge), and instead asks that any such letters be returned to the sender, without first presenting them to the judge.  This policy is designed to avoid *ex parte* communications not shared with all parties to a case, and to ensure proper documentation of all filed materials.

Communications to the court in both civil <u>and</u> criminal cases should be docketed as a **motion** for specific relief, or as a **notice** of specific information.  The motion or notice should have a caption which includes the name of the case and the case number, and it should comply with the Federal Rules of Civil or of Criminal Procedure (as appropriate), as well as with the District of Connecticut Local Rules – particularly Local Civil Rule 7 (Motion Procedures), most of which is incorporated by reference into the criminal rules via Local Criminal Rule 1(c). The District of Connecticut website links to the Local Rules (https://www.ctd.uscourts.gov/court-info/local-rules-and-orders), and also to a Guide for Self-Represented Litigants, which includes a sample motion and other helpful material (https://www.ctd.uscourts.gov/forms/guide-self-represented-litigants).   Only motions or notices which comply with the Rules will be filed on the docket and reviewed by the judge.

Self-represented parties **who are not imprisoned** may *request* resources and assistance from Attorney Cat Itaya at the Federal Pro Se Legal Assistance Program, by calling (203) 850-7720, or by emailing federalproselegal@qu.edu.  Additional information

about that program can be found on its website: https://law.qu.edu/academics/clinics-and-externships/federal-pro-se-legal-assistance-program/

Self-represented parties **who are confined to a Connecticut prison** may obtain resources and assistance through the Inmate Legal Assistance Program ("ILAP").  *See* State of Ct., Dep't of Corr., Administrative Directive 10.3, Inmate Legal Assistance (2006) (available at: https://portal.ct.gov/-/media/doc/pdf/ad/ad1003pdf.pdf).

**IT IS SO ORDERED** at Hartford, Connecticut, this 31st day of October, 2025.

/s/
OMAR A. WILLIAMS
UNITED STATES DISTRICT JUDGE