**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SEAN MICHAEL ALMONTE, | Civil Action |
| Plaintiff | Case No. 3:26-cv-00139-OAW |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and NELNET SERVICING, LLC, | |
| Defendants | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of Defendant Nelnet Servicing, LLC in the above-referenced matter.

                                              **KLEHR HARRISON HARVEY**
                                              **BRANZBURG LLP**

By:   */s/Raymond H. Lemisch*
        Raymond H. Lemisch, Esquire
        1835 Market Street, Suite 1400
        Philadelphia, PA 19103
        Telephone: (215) 569-4298
        Email: rlemisch@klehr.com

        *Attorney for Defendant*
        *Nelnet Servicing, LLC*

Date:  February 5, 2026

11947834.v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE,<br><br>                Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and NELNET SERVICING, LLC,<br><br>                Defendants | Civil Action<br><br>Case No. 3:26-cv-00139-OAW |

## **CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that I did cause a true and correct copy of my Entry of Appearance on behalf of Defendant Nelnet Servicing, LLC to be served on the following via the CM/ECF System of the Court or U.S. Mail, postage prepaid:

Emanuel Kataev, Esquire
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Nisan Zaghi, Esquire
Consumer Attorneys
68-29 Main Street
Flushing, NY 11367

11947834.v1

                                                **KLEHR HARRISON HARVEY BRANZBURG LLP**

By:    /s/Raymond H. Lemisch
        Raymond H. Lemisch, Esquire
        1835 Market Street, Suite 1400
        Philadelphia, PA  19103
        Telephone: (215) 569-4298
        Email: rlemisch@klehr.com

*Attorney for Defendant*
*Nelnet Servicing, LLC*

Date:   February 5, 2026

11947834.v1