UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and NELNET SERVICING, LLC,<br><br>　　　　　　　Defendants | Civil Action<br><br>Case No. 3:26-cv-00139-OAW |

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 FOR DEFENDANT NELNET SERVICING, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Nelnet Servicing, LLC certifies that the following are parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public:

- Nelnet Servicing, LLC is a 100% owned subsidiary of Nelnet Diversified Solutions, LLC ("NDS").  NDS is a 100% owned subsidiary of Nelnet, Inc. ("Nelnet").

- Nelnet is publicly traded on the New York Stock Exchange (NYSE: NNI).  No other publicly traded company owns more than 10% of Nelnet's stock.

11947836.v1

                                    **KLEHR HARRISON HARVEY BRANZBURG LLP**

By:    <u>/s/Raymond H. Lemisch</u>
         Raymond H. Lemisch, Esquire
         1835 Market Street, Suite 1400
         Philadelphia, PA 19103
         Telephone: (215) 569-4298
         Email: rlemisch@klehr.com

*Attorney for Defendant*
*Nelnet Servicing, LLC*

Date: February 5, 2026

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE,<br><br>                Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and NELNET SERVICING, LLC,<br><br>                Defendants | Civil Action<br><br>Case No. 3:26-cv-00139-OAW |

## **CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, certify that on the 5th day of February, 2026, I caused the Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 for Defendant Nelnet Servicing, LLC to be served on the following via the CM/ECF System of the Court or U.S. Mail, postage prepaid:

Emanuel Kataev, Esquire
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Nisan Zaghi, Esquire
Consumer Attorneys
68-29 Main Street
Flushing, NY 11367

11947836.v1

                                        **KLEHR HARRISON HARVEY BRANZBURG LLP**

By:    <u>/s/Raymond H. Lemisch</u>
        Raymond H. Lemisch, Esquire
        1835 Market Street, Suite 1400
        Philadelphia, PA 19103
        Telephone: (215) 569-4298
        Email: rlemisch@klehr.com

*Attorney for Defendant*
*Nelnet Servicing, LLC*