# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE, | Civil Action |
| Plaintiff | Case No. 3:26-cv-00139-OAW |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and NELNET SERVICING, LLC, | |
| Defendants | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant Nelnet Servicing, LLC in the above-referenced matter.

        **KLEHR HARRISON HARVEY BRANZBURG LLP**

By: */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393
Email: cbrennan@klehr.com
*(admitted pro hac vice)*

*Attorney for Defendant*
*Nelnet Servicing, LLC*

Date:  February 9, 2026

11951204.v1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE, | Civil Action |
| Plaintiff | Case No. 3:26-cv-00139-OAW |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and NELNET SERVICING, LLC, | |
| Defendants | |

**CERTIFICATE OF SERVICE**

I, Corinne Samler Brnnan, Esquire, hereby certify that I did cause a true and correct copy of my Entry of Appearance on behalf of Defendant Nelnet Servicing, LLC to be served on the following via the CM/ECF System of the Court or U.S. Mail, postage prepaid:

Emanuel Kataev, Esquire
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Nisan Zaghi, Esquire
Consumer Attorneys
68-29 Main Street
Flushing, NY 11367

11951204.v1

                                           **KLEHR HARRISON HARVEY BRANZBURG LLP**

By:   */s/Corinne Samler Brennan*
        Corinne Samler Brennan, Esquire
        1835 Market Street, Suite 1400
        Philadelphia, PA  19103
        Telephone: (215) 569-3393
        Email: cbrennan@klehr.com
        *(admitted pro hac vice)*

        *Attorney for Defendant*
        *Nelnet Servicing, LLC*

Date:   February 9, 2026

11951204.v1