## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE, | Case No.: 3:26-cv-00139-OAW |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND NELNET SERVICING, LLC | |
| Defendants. | |

### SUMMONS RETURNED EXECUTED AS TO DEFENDANT TRANS UNION LLC

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Sean Michael Almonte has served upon Defendant Trans Union LLC. copies of the following documents:

1) Issued Summons;
2) Complaint;
3) Civil Cover Sheet;
4) Plaintiff's Disclosure Statement;
5) Motion for Attorney Nisan Zaghi to be Admitted Pro Hac Vice on behalf of Plaintiff;
6) Appendix Attorney's Admissions;
7) Certificate of Good Standing;
8) Notice Pursuant to Federal Rule of Civil Procedure 7.1(b);
9) Order on Pretrial Deadlines;
10) Electronic Filing Order for Counsel;
11) Standing Protective Order;
12) Notice to Counsel and Litigants Regarding AI-Assisted Research;
13) Notice of Option to Consent to Magistrate Judge Jurisdiction;
14) Standing Order Regarding Letters;
15) Notice to Counsel and Self-Represented Parties;
16) Order Granting Motion to Appear Pro Hac Vice for Attorney Nisan Zaghi;
17) Waiver of Service Returned Executed as to Nelnet Servicing, LLC;
18) Notice of Appearance by Raymond Howard Lemisch on behalf of Nelnet Servicing,

LLC;

19) Disclosure Statement of Nelnet Servicing, LLC;

20) Motion for Attorney Corinne Samler Brennan to be Admitted Pro Hac Vice on behalf of Nelnet Servicing, LLC; and

21) Notice of Judge Assignment

Attached hereto is a copy of the Proof of Service.

Dated: February 23, 2026,

/s/ Nisan Zaghi
Nisan Zaghi, NY Bar # 5711072
Admitted Pro Hac Vice
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Emanuel Kataev, Esq. Bar# 435851
Consumer Attorneys PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

Attorneys for Plaintiff,
Sean Michael Almonte

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**SEAN MICHAEL ALMONTE,**

V.                                   **SUMMONS IN A CIVIL CASE**

**EXPERIAN INFORMATION SOLUTIONS, INC.,
ET AL.,**

CASE NUMBER: **3:26−CV−00139−OAW**

TO: **Equifax Information Services, LLC,
Experian Information Solutions, Inc., Nelnet
Servicing, LLC, Trans Union LLC**
Defendant's Address:

Trans Union LLC
Illinois Corporate Service
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Emanuel Kataev
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − S Denault**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2026−01−29 15:51:25,** Clerk USDC CTD

| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421<br><br>*Attorney for:* Plaintiff(s) | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - District of Connecticut |
|---|
| *Plaintiff(s):* Sean Michael Almonte |
| *Defendant:* Experian Information Solutions, Inc. |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV00139OAW |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Plaintiff's Disclosure Statement; Motion For Attorney Nisan Zaghi To Be Admitted Pro Hac Vice On Behalf Of Plaintiff; Appendix Attorney's Admissions; Certificate Of Good Standing; Notice Pursuant To Federal Rule Of Civil Procedure 7.1(B); Order On Pretrial Deadlines; Electronic Filing Order For Counsel; Standing Protective Order; Notice To Counsel And Litigants Regarding Ai-Assisted Research; Notice Of Option To Consent To Magistrate Judge Jurisdiction; Standing Order Regarding Letters; Notice To Counsel And Self-Represented Parties; Order Granting Motion To Appear Pro Hac Vice For Attorney Nisan Zaghi; Waiver Of Service Returned Executed As To Nelnet Servicing, Llc; Notice Of Appearance By Raymond Howard Lemisch On Behalf Of Nelnet Servicing, Llc; Disclosure Statement Of Nelnet Servicing, Llc; Motion For Attorney Corinne Samler Brennan To Be Admitted Pro Hac Vice On Behalf Of Nelnet Servicing, Llc; Notice Of Judge Assignment

| | | |
|---|---|---|
| *3. a. Party served:* | Trans Union LLC | |
| *b. Person served:* | Alyssa Marino, Authorized Agent | |
| *4. Address where the party was served:* | Illinois Corporate Service<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | |

*5. I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Feb. 18, 2026 (2) at: 2:02PM

*7. **Person Who Served Papers:***                          *Fee for Service:*
    a. Gregory Bostic
    **b. Class Action Research & Litigation**
    P O Box 740
    Penryn, CA 95663
    c. (916) 663-2562, FAX (916) 663-4955

*8. I declare under penalty of perjury under the laws of the State of ILLINOIS and under the laws of the United States Of America that the foregoing is true and correct.*

*(signature)*

| **AFFIDAVIT OF SERVICE**<br>Summons & Complaint | **(Gregory Bostic)** | *emkat.293335* |
|---|---|---|