UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE,<br><br>      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, NELNET SERVICING, LLC<br>      Defendants. | Case No. 3:26-cv-00139-OAW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant, Experian Information Solutions, Inc.

Dated: March 2, 2026        Respectfully submitted,

                                        /s/ Eric J. Herst (ct31399)
                                    Eric J. Herst (ct31399)
                                    Carmody Torrance Sandak & Hennessey LLP
                                    50 Leavenworth Street
                                    Waterbury, CT 06702
                                    Telephone: (203) 575-2604
                                    Facsimile: (203) 575-2600
                                    Email: eherst@carmodylaw.com

                                    *Attorney for Defendant*
                                    *Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on March 2, 2026, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

    /s/ Eric J. Herst (ct31399)