IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, NELNET SERVICING, LLC<br><br>　　　　　Defendants. | Case No. 3:26-cv-00139-OAW |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

　　　　Pursuant to D.Conn.L.Civ.R. 7(b), defendant, Experian Information Solutions, Inc. ("Experian"), moves for an initial fourteen (14) day extension of time to March 26, 2026, in which to plead, move, or otherwise respond to the Plaintiff's Complaint.

　　　　The Complaint in this action was filed on January 29, 2026 and served on Experian on February 19, 2026. Experian's response to the Complaint is due on or before March 12, 2026. Undersigned counsel for Experian, who was just retained, requires additional time to investigate Plaintiff's claims and prepare the appropriate response. This is the first motion for extension of time which has been filed by Experian. Counsel for Experian has contacted counsel for Plaintiff, who consents to the granting of this request.

　　　　WHEREFORE, Experian respectfully requests an extension of time until March 26, 2026, in which to plead, move or otherwise respond to the Plaintiff's Complaint.

Dated: March 2, 2026                Respectfully submitted,

                                                  /s/  *Eric J. Herst* (ct31399)
Eric J. Herst (ct31399)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, CT 06721-1110
Telephone: 203-575-2604
Fax: 203-575-2600
EHerst@carmodylaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on March 2, 2026, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                            /s/ Eric J. Herst (ct31399)