UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> EXPERIAN INFORMATION § <br> SOLUTIONS, INC., EQUIFAX § <br> INFORMATION SERVICES, LLC, § <br> TRANS UNION LLC, and NELNET § <br> SERVICING, LLC § <br> § <br> Defendants. § | Case No. 3:26-cv-00139-OAW |

## APPEARANCE

Please enter the appearance of the undersigned as attorney for the Defendant, Equifax Information Services, LLC, in the above-captioned matter.

Respectfully submitted this March 6, 2026.

                                            Defendant,
                                            EQUIFAX INFORMATION SERVICES LLC

                                            By  /s/ *Tyler G. Haas*
                                            *Counsel for Equifax Information Services, LLC*
                                            Tyler G. Haas (ct31981)
                                            Robinson & Cole LLP
                                            One State Street
                                            Hartford, CT 06103
                                            Phone: 860-275-8200
                                            Fax: 860-275-8299
                                            E-mail: thaas@rc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      */s/ Tyler G. Haas*
      Tyler G. Haas