# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SEAN MICHAEL ALMONTE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 3:26-cv-00139-OAW |
| **EXPERIAN INFORMATION** § | |
| **SOLUTIONS, INC., EQUIFAX** § | |
| **INFORMATION SERVICES, LLC,** § | |
| **TRANS UNION LLC, and NELNET** § | |
| **SERVICING, LLC** § | |
| § | |
| **Defendants.** § | |

## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant, Equifax Information Services, LLC ("Equifax") submits the following Rule 7.1 Corporate Disclosure Statement:

Equifax is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company.

    Defendant,
    EQUIFAX INFORMATION SERVICES, LLC

    By  /s/ *Tyler G. Haas*
    *Counsel for Equifax Information Services, LLC*
    Tyler G. Haas (ct31981)
    Robinson & Cole LLP
    One State Street
    Hartford, CT 06103
    Phone: 860-275-8200
    Fax: 860-275-8299
    E-mail: thaas@rc.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                         */s/ Tyler G. Haas*
                                                                         Tyler G. Haas