UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE, § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> EXPERIAN INFORMATION § <br> SOLUTIONS, INC., EQUIFAX § <br> INFORMATION SERVICES, LLC, § <br> TRANS UNION LLC, and NELNET § <br> SERVICING, LLC § <br> § <br> **Defendants.** § | Case No. 3:26-cv-00139-OAW |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**
**ANSWER OR RESPONSIVE PLEADING**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, defendant Equifax Information Services, LLC ("Equifax"), moves for an extension of time to file its initial responsive pleading through and including April 1, 2026. Equifax is in the process of gathering information necessary to respond to the factual allegations in the Complaint. Equifax's responsive pleading is currently due on March 11, 2026. This is Equifax's first request for an extension of time. Plaintiff, through counsel, consents to the granting of the requested extension.

Wherefore, the undersigned respectfully requests that this Court enter an order permitting Equifax to file its initial pleading responsive to the complaint by April 1, 2026.

EQUIFAX INFORMATION SERVICES LLC

By  /s/ *Tyler G. Haas*
*Counsel for Equifax Information Services, LLC*
Tyler G. Haas (ct31981)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8200
Fax: 860-275-8299
E-mail: thaas@rc.com

**CERTIFICATE OF SERVICE**

    I hereby certify that, on March 6, 2026, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM-ECF System.

                                    */s/ Tyler G. Haas*
                                    Tyler G. Haas