**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
*www.jud.ct.gov*



**STATEWIDE GRIEVANCE COMMITTEE**
Fifth Floor
999 Asylum Avenue, Hartford, CT 06105

**Christopher L. Slack**
**Statewide Bar Counsel**

I,     Christopher L. Slack, Statewide Bar Counsel     , do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## *CORINNE S. BRENNAN*

*of*

## *PHILADELPHIA, PA*

is a member in good standing of the Connecticut Bar, and has been admitted to same since December 09, 2025.

*Christopher L. Slack, Statewide Bar Counsel*
*February 11, 2026*

JD-GC-001A  Rev. 5-23
P.B. §§ 2-34(b)(4), 2-65

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CORINNE SAMLER BRENNAN** (No. **015082007**) was constituted and appointed an Attorney at Law of New Jersey on **November 14, 2007** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 4th day of February, 2026.*

_____
Clerk of the Supreme Court



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Corinne Samler Brennan, Esq.*

DATE OF ADMISSION

*October 15, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 3, 2026

*Darian Holland*

Darian Holland
Chief Clerk