UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

---

SEAN MICHAEL ALMONTE,
        Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; NELNET SERVICING, LLC; and EQUIFAX INFORMATION SERVICES, LLC,
        Defendants.

CASE NO. 3:26-cv-00139-OAW

---

## TRANS UNION LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

---

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,

_s/_ _____
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT 06405
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Local Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the **10th day of March, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Emanuel Kataev, Esq. emanuel@sagelegal.nyc | Corrine S. Brennan, Esq. Cbrennan@klehr.com |
|---|---|
| Raymond H. Lemisch, Esq. rlemisch@klehr.com | Eric Herset, Esq. eherst@carmodylaw.com |
| Tyler Haas, Esq. thaas@rc.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **10th day of March, 2026**, properly addressed as follows:

| None. | |
|---|---|

s/
Timothy J. Lee, Esq.  (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT  06405
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Local Counsel for Defendant Trans Union LLC*