UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

---

SEAN MICHAEL ALMONTE,
      Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; NELNET SERVICING, LLC; and EQUIFAX INFORMATION SERVICES, LLC,
      Defendants.

CASE NO. 3:26-cv-00139-OAW

---

**TRANS UNION LLC'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEFENSES**

---

COMES NOW, Defendant Trans Union LLC ("Trans Union") by and through its counsel of record, and hereby files its Answer and Defenses to Plaintiff, Sean Michael Almonte's Complaint ("Complaint"). The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible:

## INTRODUCTION

1. Trans Union admits that Plaintiff purports to bring an action with Fair Credit Reporting Act ("FCRA") claims but denies the remaining allegations of this paragraph.

## JURISDICTION AND VENUE

2. Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

3. Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

4. Trans Union admits, solely based on the allegations contained in Plaintiff's Complaint, that venue is proper in this Court. Trans Union denies the remaining allegations of this paragraph.

## PARTIES

5. Trans Union admits that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c). Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.

6. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

7. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

8. Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

9. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

10. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## FACTUAL ALLEGATIONS

11. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

12. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

13. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

14. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

15. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

16. Trans Union admits that on August 18, 2025, it provided Plaintiff his Trans Union consumer disclosure. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union. Trans Union denies that any remaining statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

17. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

18. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

19. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

20. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

21. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

22. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

23. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

24. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

25. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

26. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

27. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

28. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

29. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

30. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

31. Trans Union denies the allegations of this paragraph.

32. Trans Union denies the allegations of this paragraph.

33. Trans Union denies the allegations of this paragraph.

34. Trans Union denies the allegations of this paragraph.

35. Trans Union denies the allegations of this paragraph.

36. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

37. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

38. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

39. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

40. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

41. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

42. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

43. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

44. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

45. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

46. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

47. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

48. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

49. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

50. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

51. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

52. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

53. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

54. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

55. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

56.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

57.     Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

58.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

59.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

60.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

61.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

62.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

63.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

64. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

65. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

66. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

67. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

**COUNT I**
**15 U.S.C. § 1681e(b)**
**(Defendants Equifax, Experian, and Trans Union)**

68. Trans Union reasserts its answers and responses set forth herein.

69. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

70. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it

71. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

72. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

73. Trans Union denies the allegations of this paragraph.

74. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

75. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

76. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

77. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

78. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

79. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

80. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

81. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

82. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

**COUNT II**
**15 U.S.C. § 1681i**
**(Defendants Equifax, Experian, and Trans Union)**

83. Trans Union reasserts its answers and responses set forth herein.

84. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

85. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

86. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

87. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

88. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

89. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

90. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

91. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

92. Trans Union denies the allegations of this paragraph.

93. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

94. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

95. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

96. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

97. Trans Union denies the allegations of this paragraph.

98. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

99. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

100. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

101. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

102. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

103. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

104. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

105. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

106. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

**COUNT III**
**15 U.S.C. § 1681c-2**
**(Defendants Equifax, Experian, and Trans Union)**

107. Trans Union reasserts its answers and responses set forth herein.

108. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

109. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

110. Trans Union denies the allegations of this paragraph.

111. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

112. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

113. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

114. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

115. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

116. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

117. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

118. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

119. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations.

120. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

121. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

122. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## COUNT IV
## 15 U.S.C. § 1681s-2b
## (Defendant Nelnet Only)

123. Trans Union reasserts its answers and responses set forth herein.

124. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

125. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

126. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

127. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

128. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

129. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

130. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

131. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

132. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

133. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## **PRAYER FOR RELIEF**

Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## **JURY DEMAND**

Trans Union admits that Plaintiff demands a jury and objects to the extent that any of the issues demanded are not so triable.

## DENIAL OF ANY REMAINING ALLEGATIONS

Except as expressly admitted herein, Trans Union denies any remaining allegations contained in the Complaint.

## DEFENSES

1. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2. Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3. Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4. Trans Union at all times acted in compliance with the FCRA.

5. Plaintiff failed to mitigate his alleged damages.

6. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Connecticut.

7. In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

8. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

9. Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,

/s/
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT 06405
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Local Counsel for Defendant Trans Union LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the **10th day of March, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Emanuel Kataev, Esq.<br>emanuel@sagelegal.nyc | Corrine S. Brennan, Esq.<br>Cbrennan@klehr.com |
| Raymond H. Lemisch, Esq.<br>rlemisch@klehr.com | Eric Herset, Esq.<br>eherst@carmodylaw.com |
| Tyler Haas, Esq.<br>thaas@rc.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **10th day of March, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

*s/*_____
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT  06405
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Local Counsel for Defendant Trans Union LLC*