**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

SEAN MICHAEL ALMONTE,

           Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION LLC,
AND NELNET SERVICING, LLC

           Defendants.

Case No.: 3:26-cv-00139-OAW

**NOTICE OF SETTLEMENT AS TO DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

**NOTICE IS HEREBY GIVEN** that Plaintiff Sean Michael Almonte and Defendant

Experian Information Solutions, Inc. ("Experian"), have resolved the claims between them in this

matter. The parties are in the process of finalizing the terms and performance attendant to that

resolution. The parties anticipate completing that performance within the next sixty (60) days and

submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court

vacate all deadlines in this matter as to Defendant Experian only. Plaintiff further requests that the

Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: March 26, 2026,

        */s/ Nisan Zaghi*
        Nisan Zaghi, NY Bar # 5711072
        *Admitted Pro Hac Vice*
        CONSUMER ATTORNEYS
        68-29 Main Street
        Flushing NY 11367
        T: (718) 925-0276
        F: (718) 247-8020
        E: nzaghi@consumerattorneys.com

1

Emanuel Kataev, Esq. Bar# 435851
Consumer Attorneys PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Sean Michael Almonte*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Ann Stevenson*

3