**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SEAN MICHAEL ALMONTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:26-cv-00139-OAW |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., EQUIFAX | § | |
| INFORMATION SERVICES, LLC, | § | |
| TRANS UNION LLC, and NELNET | § | |
| SERVICING, LLC | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S**
**ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services, LLC ("Equifax"), by and through its undersigned

counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of

itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies

any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**INTRODUCTION**

1.      Equifax admits that Plaintiff purports to bring claims under the FCRA but denies

that it violated the FCRA and denies that it is liable to Plaintiff for any damages. Equifax is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations in

Paragraph 1.

**JURISDICTION AND VENUE**

2.      Equifax admits that this Court has jurisdiction over this matter.

3.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

## PARTIES

5.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.      Equifax admits the allegations in Paragraph 6.

7.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.      Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

## FACTUAL ALLEGATIONS
### Identity Theft

11.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.    Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 17 are denied.

### Plaintiff's Communication with Defendant Nelnet August 2025

18.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

### Plaintiff's Dispute to the CRA Defendants - September 2025

21.    Equifax admits that it has received disputes regarding Plaintiff's credit file but states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 21 are denied.

22.    Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 22 are denied.

**Defendant Equifax's Unreasonable Dispute Reinvestigation September 2025**

23.     Equifax admits that it has received disputes regarding Plaintiff's credit file but states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 23 are denied.

24.     Equifax states that the referenced correspondence speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the referenced correspondence, the allegations in Paragraph 24 are denied.

25.     Equifax denies the allegations in Paragraph 25.

26.     Equifax denies the allegations in Paragraph 26.

27.     Equifax denies the allegations in Paragraph 27.

28.     Equifax denies the allegations in Paragraph 28.

**Defendant Trans Union's Unreasonable Dispute Reinvestigation September 2025**

29.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

**Defendant Experian's Unreasonable Dispute Reinvestigation September 2025**

36.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

**Defendant Nelnet's Unreasonable Dispute Reinvestigation September 2025**

44.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

## PLAINTIFF'S DAMAGES

49.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49.

50.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52.     Equifax admits that it has received disputes regarding Plaintiff's credit file but states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 52 are denied.

53. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 53 are denied.

54. Equifax denies the allegations as stated in Paragraph 54.

55. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56. Equifax denies the allegations as stated in Paragraph 56.

57. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58. Equifax denies the allegations in Paragraph 58.

59. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63. Equifax denies the allegations in Paragraph 63.

64. Equifax denies the allegations in Paragraph 64.

65. Equifax denies the allegations in Paragraph 65.

66. Equifax denies the allegations in Paragraph 66.

67.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

## COUNT I
### Violations of 15 U.S.C. §1681e(b)
### Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy
### (Defendants Equifax, Experian, and Trans Union)

68.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

69.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 69 are denied.

70.     Equifax denies the allegations in Paragraph 70.

71.     Equifax denies the allegations in Paragraph 71.

72.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.     Equifax denies the allegations in Paragraph 74.

75.     Equifax denies the allegations as stated in Paragraph 75.

76.     Equifax denies the allegations as stated in Paragraph 76.

77.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81. Equifax denies the allegations in Paragraph 81.

82. Equifax denies the allegations in Paragraph 82.

**COUNT II**
**Violation of 15 U.S.C. §1681i**
**Failure to Perform a Reasonable Reinvestigation**
**(Defendants Equifax, Experian, and Trans Union)**

83. Equifax reasserts and re-alleges its responses and defenses as set forth herein.

84. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 84 are denied.

85. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 85 are denied.

86. Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 86 are denied.

87. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 87 are denied.

88. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 88 are denied.

89. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 89 are denied.

90. Equifax denies the allegations in Paragraph 90.

91. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91.

92. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94. Equifax denies the allegations in Paragraph 94.

95. Equifax denies the allegations in Paragraph 95.

96. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96.

97. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97.

98. Equifax denies the allegations in Paragraph 98.

99. Equifax denies the allegations as stated in Paragraph 99.

100. Equifax denies the allegations as stated in Paragraph 100.

101. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101.

102. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105.   Equifax denies the allegations in Paragraph 105.

106.   Equifax denies the allegations in Paragraph 106.

## COUNT III
### Violations 15 U.S.C. §1681c-2
### Failure to Block Identity Theft Information
### (Defendants Equifax, Experian and Trans Union)

107.   Equifax reasserts and re-alleges its responses and defenses as set forth herein.

108.   Equifax denies the allegations in Paragraph 108.

109.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109.

110.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110.

111.   Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 111 are denied.

112.   Equifax denies the allegations in Paragraph 112.

113.   Equifax denies the allegations in Paragraph 113.

114.   Equifax denies the allegations as stated in Paragraph 114.

115.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115.

116.   Equifax denies the allegations as stated in Paragraph 116.

117.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

118.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118.

119.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119.

120.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121.    Equifax denies the allegations in Paragraph 121.

122.    Equifax denies the allegations in Paragraph 122.

**COUNT IV**
**Violations 15 U.S.C. §1681s-2b**
**Failure to Conduct an Investigation of the Disputed Information and Review of all Relevant Information Provided by the Consumer**
**(Defendant Nelnet Only)**

123.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

124.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

125.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125.

126.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126.

127.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127.

128. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128.

129. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129.

130. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130.

131. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131.

132. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132.

133. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133.

## PRAYER FOR RELIEF

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2) It recovers such other and additional relief as the Court deems just and appropriate.

## JURY DEMAND

Equifax admits that Plaintiff demands a jury trial.

Respectfully submitted this April 6, 2026.

Defendant,
EQUIFAX INFORMATION SERVICES, LLC

By  /s/ *Tyler G. Haas*
*Counsel for Equifax Information
Services, LLC*
Tyler G. Haas (ct31981)
Robinson & Cole LLP
One State Street
Hartford, CT 06103
Phone: 860-275-8200
Fax: 860-275-8299
E-mail: thaas@rc.com

- 14 -

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Tyler G. Haas
Tyler G. Haas