**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SEAN MICHAEL ALMONTE,<br><br>           Plaintiff<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>EQUIFAX INFORMATION SERVICES, LLC,<br>TRANS UNION, LLC and NELNET SERVICING,<br>LLC,<br><br>           Defendants | Civil Action<br><br>Case No. 3:26-cv-00139-OAW |

## CERTIFICATE OF SERVICE

I, Corinne Samler Brnnan, Esquire, hereby certify that I did cause a true and correct copy of Defendant Nelnet Servicing, LLC's Answer and Affirmative and Other Defenses to be served on the following via the CM/ECF System of the Court or U.S. Mail, postage prepaid:

Emanuel Kataev, Esquire
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

Nisan Zaghi, Esquire
Consumer Attorneys
68-29 Main Street
Flushing, NY 11367

Timothy J. Lee, Esquire
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT 06405

Tyler Haas, Esquire
Robinson & Cole LLP
One State Street
Hartford, CT 06103

1

Eric Herst, Esquire
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, CT 06702

**KLEHR HARRISON HARVEY BRANZBURG LLP**

By:    */s/Corinne Samler Brennan*
Raymond H. Lemisch, Esquire
Corinne Samler Brennan, Esquire
*(admitted pro hac vice)*
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 569-3393
Email: cbrennan@klehr.com

*Attorney for Defendant*
*Nelnet Servicing, LLC*

Date:   April 6, 2026

2