**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT (NEW HAVEN)**

---

SEAN MICHAEL ALMONTE,
        Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION SERVICES,
LLC; TRANSUNION LLC; and NELNET
SERVICING, LLC;
        Defendants.

CASE NO. 3:26-cv-00139-OAW

---

**APPEARANCE**

---

To:    The Clerk of Court and all parties of record:

I have been admitted *Pro Hac Vice* in this matter and/or otherwise authorized to practice

in this court, and I appear in this case as counsel:

Trans Union LLC

---

Respectfully submitted,

*/s/ T. Sterling Satterfield*

T. Sterling Satterfield, Esq. (phv209378)
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone:  317-497-5600, Ext. 616
Fax:  317-899-9348
E-Mail: sterling.satterfield@qslwm.com

*Counsel for Defendant Trans Union LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th day of May, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Emanuel Kataev, Esq.<br>emanuel@sagelegal.nyc | Eric Herst, Esq.<br>eherst@carmodylaw.com |
| Corinne S. Brennan, Esq.<br>cbrennan@klehr.com | Raymond H. Lemish, Esq.<br>rlemish@klehr.com |
| Tyler Hass, Esq.<br>thaas@rc.com | Timothy J. Lee, Esq.<br>tlee@fillaw.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **6th day of May, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ T. Sterling Satterfield
T. Sterling Satterfield, Esq. (phv209378)
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett &
Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone:  317-497-5600, Ext. 616
Fax:  317-899-9348
E-Mail: sterling.satterfield@qslwm.com

*Counsel for Defendant Trans Union LLC*