## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

SEAN MICHAEL ALMONTE**,**

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND NELNET SERVICING, LLC

        Defendants.

Case No.: 3:26-cv-00139-OAW

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Sean Michael Almonte and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian only. Plaintiff and Defendant Experian have agreed that each Party should bear its own fees and costs.

Dated: May 29, 2026,

/s/ Nisan Zaghi
Nisan Zaghi, NY Bar # 5711072
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Emanuel Kataev, Esq. Bar# 435851
Consumer Attorneys PLLC
68-29 Main Street
Flushing NY 11367

/s/ Eric J. Herst
Eric J. Herst (ct31399)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, CT 06721-1110
Telephone: 203-575-2604
Fax: 203-575-2600
EHerst@carmodylaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Sean Michael Almonte*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Ann Stevenson*