**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| SEAN MICHAEL ALMONTE**,** | Case No.: 3:26-cv-00139-OAW |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND NELNET SERVICING, LLC | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. Only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc. only.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                     HONORABLE OMAR A. WILLIAMS
                                                     UNITED STATES DISTRICT JUDGE

1