# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SEAN MICHAEL ALMONTE, | Case No.: 3:26-cv-00139-OAW |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND NELNET SERVICING, LLC | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Sean Michael Almonte and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax only. Plaintiff and Defendant Equifax have agreed that each Party should bear its own fees and costs.

Dated: June 10, 2026,

| | |
|---|---|
| */s/ Nisan Zaghi* | */s/ Tyler G. Haas* |
| Nisan Zaghi, NY Bar # 5711072 | Tyler G. Haas |
| *Admitted Pro Hac Vice* | ROBINSON & COLE LLP |
| CONSUMER ATTORNEYS | One State Street |
| 68-29 Main Street | Hartford, CT 06103 |
| Flushing NY 11367 | T: 860-275-8200 |
| T: (718) 925-0276 | F: 860-275-8299 |
| F: (718) 247-8020 | thaas@rc.com |
| E: nzaghi@consumerattorneys.com | |
| | *Attorneys for Defendant,* |
| Emanuel Kataev, Esq. Bar# 435851 | *Equifax Information Services, LLC* |
| Consumer Attorneys PLLC | |
| 68-29 Main Street | |
| Flushing NY 11367 | |

1

T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Sean Michael Almonte*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: *<u>/s/ Ann Stevenson</u>*