**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SEAN MICHAEL ALMONTE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND NELNET SERVICING, LLC<br><br>Defendants. | Case No.: 3:26-cv-00139-OAW |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT NELNET SERVICING, LLC**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees incurred in or in connection with this action.

Dated: August 24, 2026

*<u>/s/ Nisan Zaghi</u>*
Nisan Zaghi, NY Bar # 5711072
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

*<u>/s/ Corinne Samler Brennan</u>*
Corinne Samler Brennan, Esq. (PHV)
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
T: (215) 569-3393
cbrennan@klehr.com

Emanuel Kataev, Esq. Bar# 435851
Consumer Attorneys PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Sean Michael Almonte*

Raymond H. Lemisch, Esq.
KLEHR HARRISON HARVEY
BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-4298
Email: rlemisch@klehr.com

*Attorney for Defendant*
*Nelnet Servicing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: *[/s/ Ann Stevenson]*