**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SEAN MICHAEL ALMONTE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND NELNET SERVICING, LLC<br><br>Defendants. | Case No.: 3:26-cv-00139-OAW |

**[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT NELNET SERVICING, LLC**

Upon review of the Parties' Stipulation of Voluntary Dismissal with Prejudice as to Defendant Nelnet Servicing, LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Nelnet Servicing, LLC, with each party to bear its own costs, expenses, and attorneys' fees incurred in or in connection with this action.

**IT IS SO ORDERED.**

Dated: ____________

______________________________
HONORABLE OMAR A. WILLIAMS
UNITED STATES DISTRICT JUDGE