AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

SEAN MICHAEL ALMONTE,
*Plaintiff*
v.
EQUIFAX INFORMATION SERVICES, LLC, et. al.
*Defendant*

Case No. 3:26-cv-00139-OAW

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sean Michael Almonte .

Date: 08/28/2026

/s/ Nisan Zaghi
*Attorney's signature*

Nisan Zaghi
*Printed name and bar number*

68-29 Main Street
Flushing NY 11367
*Address*

nzaghi@consumerattorneys.com
*E-mail address*

(718) 925-0276
*Telephone number*

(718) 247-8020
*FAX number*

Print Save As... Reset