**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SEAN MICHAEL ALMONTE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND NELNET SERVICING, LLC<br><br>Defendants. | Case No.: 3:26-cv-00139-OAW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT TRANS UNION LLC**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Sean Michael Almonte and Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Trans Union. Plaintiff and Defendant Trans Union have agreed that each Party should bear its own fees and costs.

Dated: August 28, 2026,

_/s/ Nisan Zaghi_
Nisan Zaghi, NY Bar # 5711072
*Admitted Pro Hac Vice*
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 925-0276
F: (718) 247-8020
E: nzaghi@consumerattorneys.com

Emanuel Kataev, Esq. Bar# 435851
Consumer Attorneys PLLC
68-29 Main Street
Flushing NY 11367

_/s/ T. Sterling Satterfield, Esq._
T. Sterling Satterfield, Esq.
*Admitted Pro Hac Vice*
Quilling, Selander, Lownds
Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 616
Fax: (317) 899-9348
E-Mail: sterling.satterfield@qslwm.com

Timothy J. Lee, Esq.
FASANO, IPPOLITO, LEE &
FLORENTINE, LLC

T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,*
*Sean Michael Almonte*

197 Montowese Street
Branford, CT 06405
T: (203) 787-6555
F: (203) 776-2119
tlee@fillaw.com

*Attorneys for Defendant,*
*Trans Union LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: *_/s/ Ann Stevenson_*