**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SEAN MICHAEL ALMONTE, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND NELNET SERVICING, LLC <br><br> Defendants. | Case No.: 3:26-cv-00139-OAW |

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union LLC.

**IT IS SO ORDERED.**

Dated: ____________

______________________________
HONORABLE OMAR A. WILLIAMS
UNITED STATES DISTRICT JUDGE